UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:16-cv-62522-WPD/Snow

MARLLANTAS, INC., US MAR INVESTMENTS, LLC,
and OSCAR ORLANDO MAYORGA RAMOS,

        Plaintiffs,
v.

L. FRANCIS CISSNA, U.S. Citizenship and
Immigration Services, in his official capacity,

        Defendant.
_____/

## FINAL JUDGMENT AND ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Court's Order Adopting Report of Magistrate Judge, wherein the Court denied Plaintiffs' Second Cross-Motion to Set Aside Agency Action and granted Defendant's Second Motion for Summary Judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgement is hereby entered in favor of Defendant and against Plaintiffs;
2. Plaintiffs shall take nothing from Defendant through this action; and
3. The Clerk is hereby directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 28th day of December, 2018.

                */s/ William P. Dimitrouleas*
                WILLIAM P. DIMITROULEAS
                United States District Judge

Copies furnished to:

Counsel of Record